UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VINCENT TORMENIA,

  Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and PNC BANK, N.A.,

  Defendants.
_____/

CASE NO. 8:24-cv-02241-MSS-SPF

**NOTICE OF SETTLEMENT AS TO DEFENDANT,
EXPERIAN INFORMATION SOLUTIONS, INC.**

COMES NOW Plaintiff, VINCENT TORMENIA, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, Experian Information Solutions, Inc., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 28th day of October, 2024.

                                                **/s/Octavio Gomez**
                                                Octavio "Tav" Gomez
                                                Florida Bar #:0338620
                                                Georgia Bar #: 617963
                                                Pennsylvania #: 325066
                                                The Consumer Lawyers PLLC

501 E. Kennedy Blvd., Ste 610
Tampa, FL 33602
Cell: (813)299-8537
Facsimile: (844)951-3933
Primary Email:
Tav@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 28th day of October, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar #:0338620
*Attorney for Plaintiff*