**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

VINCENT TORMENIA,

  Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and PNC BANK, N.A.,

  Defendants.
_____/

CASE NO.: 8:24-cv-02241-MSS-SPF

**NOTICE OF SETTLEMENT AS TO DEFENDANT,
PNC BANK, N.A.**

COMES NOW Plaintiff, VINCENT TORMENIA, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, PNC BANK, N.A., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 4th day of December, 2024.

                                              **/s/Octavio Gomez**
                                              Octavio "Tav" Gomez
                                              Florida Bar #:0338620
                                              Georgia Bar #: 617963
                                              Pennsylvania #: 325066
                                              The Consumer Lawyers PLLC

501 E. Kennedy Blvd., Ste 610  
Tampa, FL 33602  
Cell: (813)299-8537  
Facsimile: (844)951-3933  
Primary Email:  
Tav@theconsumerlawyers.com  
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 4th day of December, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar #:0338620
The Consumer Lawyers, PLLC
*Attorney for Plaintiff*

2